United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2546EA

_____

Debra Kay Fuller,                                  *
                                                   *
                        Appellant,                 *
                                                   *
        v.                                         *
                                                   *
Minnesota Mining and Manufacturing                 *     Appeal from the United States
Corporation, Inc.; Oil, Chemical and               *     District Court for the Eastern
Atomic Workers International Union;                 *     District of Arkansas.
Bill Venable, as President of AWU and              *
Individually; Jerry Jones, Individually;           *          [UNPUBLISHED]
Tony Hudson, Individually and as                   *
Supervisor of 3M; Ed Reagan,                       *
Individually and as Supervisor of 3M,              *
                                                   *
                        Appellees.                 *

_____

Submitted: December 8, 1997
Filed: December 16, 1997

_____

Before FAGG, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Debra Kay Fuller appeals the district court's rulings and judgment that denied relief on Fuller's employment-related discrimination claims. Having reviewed the record and the parties briefs, we conclude that an extensive discussion is not warranted.

We believe the district court's decisions are correct, and we affirm on the basis of the district court's opinion. <u>See</u> 8th Cir. R. 47B. We deny Fuller's attorney's motion for permission to withdraw as moot.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.